UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MALCOLM QUERIDO

v.                                                                                    CA 10-099 ML

A.T. WALL, et al.

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Hagopian on May 4, 2010. No objection has been filed and the time for doing so has passed. The Court, therefore, adopts the Report and Recommendation in its entirety.

1. The specified claims are DISMISSED as to the following Defendants:

    Wall, Bailey, and Weeden with respect to their actions as supervisors;

    Kettle and Accetto, with respect to the use of excessive force against Plaintiff on September 25, 2009; and,

    Cabral and Accetto, with respect to the interrogation of Plaintiff on October 28, 2009.

2. Further, the Complaint is DISMISSED as to Defendants Wall, Bailey, Weeden, Kettle, Accetto, and Cabral.

3. The Eighth Amendment excessive force claims against Defendants Denise, Didnato, Burg, Burt, Montecalvo, Traves, Pezza, Cummins, Duffy, and Pinheiro may proceed and Plaintiff may make arrangements to have these Defendants served with the Amended Complaint.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
June  3 , 2010