UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MALCOLM QUERIDO

v.  CA 10-099 ML

ASHBEL T. WALL, et al.

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Hagopian on October 26, 2010. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation in its entirety. Plaintiff's motions for default and default judgment are hereby DENIED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
November 29, 2010